# MORROW

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Cr. No.: 1:26-cr-10009-STA |
| ) | |
| v. ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| **VICTOR OCTAVIOUS ATKINS,** ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 9, 2025, in the Western District of Tennessee, the defendant,

------------------------------------ **VICTOR OCTAVIOUS ATKINS** ------------------------------------

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Shadow Systems, Model MR920, 9mm caliber pistol (Serial No. SSC053078), which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

DATED: _____

DAVID DUNAVANT
Digitally signed by DAVID DUNAVANT
Date: 2026.02.19 16:03:37 -06'00'

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE